## COVINGTON & BURLING LLP

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

JASON P. CRISS
TEL 212.841.1076
FAX 646.441.9076
JCRISS @ COV.COM

August 13, 2010

BY ECF AND FIRST CLASS MAIL

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722-9014

    Re:    *Richard Marcus v. Olga Dufour, et al.*, No. 10-cv-01716 (ADS)(AKT)

Dear Judge Spatt:

    We represent Olga Dufour, one of the defendants in this interpleader action. We write, pursuant to Section I(F) of your Individual Motion Practices, to request a further extension of time for Ms. Dufour to respond to the complaint from August 24, 2010 to September 30, 2010. This is our second request for an extension: Your Honor granted our initial request on July 15, 2010.

    An extension from August 24, 2010 to September 30, 2010 will ensure that all of the defendants will be on the same schedule to respond to the interpleader complaint. On August 6, 2010, Your Honor granted plaintiff's request for an extension of time to serve Ms. Dufour's co-defendants. That deadline now is September 9, 2010. We accordingly request, with plaintiff's consent, a further extension of time to respond to the complaint to September 30, 2010, which is 21 days after that deadline. *See* Fed. R. Civ. P. 12(a)(1)(A)(1).

    We understand that plaintiff's counsel has been in discussions with the attorney who likely will represent these other defendants, and that those parties have engaged in initial

COVINGTON & BURLING LLP

Honorable Arthur D. Spatt
August 13, 2010
Page 2

discussions regarding a deadline for those defendants to respond to the complaint. If plaintiff and Ms. Dufour's co-defendants agree to a deadline later than September 30, 2010, we will submit a request to Your Honor for a final extension of time to that later date.

Respectfully submitted,

Jason P. Criss

cc: George A. Xixis, Esq. (by ECF and email)
Eric P. Magnuson, Esq. (by email)
Christopher H. Lindstrom, Esq. (by email)
*Counsel to Plaintiff Richard Marcus*