**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICHARD MARCUS,

                  Plaintiff,

      - against -

OLGA DUFOUR, LAWRENCE HAAKER,
DAVID HAAKER, SUZANNE PERLOTH,
and LIST GOLDBERG,
                Defendants.
-----------------------------------------------------------X

**ORDER**

CV 10-1716 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

Attorney Damara Chambers is permitted to argue or try this case in whole or in part as counsel or advocate.  By September 7, 2010, Ms. Chambers shall register for ECF.  Registration is available online at the EDNY's homepage.  Once registered, Ms. Chambers shall file a notice of appearance and ensure that she receives electronic notification of activity in this case.

                **SO ORDERED.**

Dated: Central Islip, New York
       August 30, 2010

                /s/ A. Kathleen Tomlinson
                A. KATHLEEN TOMLINSON
                U.S. Magistrate Judge