UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD MARCUS,

                      Plaintiff,

       - against -

OLGA DUFOUR, LAWRENCE HAAKER,
DAVID HAAKER, SUZANNE PERLOTH,
and LIST GOLDBERG,
                      Defendants.
-----------------------------------------------------------X

**ORDER**

CV 10-1716 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Attorney Stuart E. Eizenstat is permitted to argue or try this case in whole or in part as counsel or advocate.  By September 7, 2010, Mr. Eizenstat shall register for ECF.  Registration is available online at the EDNY's homepage.  Once registered, Mr. Eizenstat shall file a notice of appearance and ensure that he receives electronic notification of activity in this case.

                                                                   **SO ORDERED.**

Dated: Central Islip, New York
         August 30, 2010

                                                         /s/ A. Kathleen Tomlinson
                                                         A. KATHLEEN TOMLINSON
                                                         U.S. Magistrate Judge