UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD MARCUS,

                Plaintiff,

          - against -

OLGA DUFOUR, LAWRENCE HAAKER
DAVID HAAKER, SUZANNE PERLOTH,
and LISA GOLDBERG,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10-cv-01716 (ADS) (AKT)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Kevin J. Shortill, an attorney duly admitted *pro hac vice* in this action, Of Counsel to Covington & Burling LLP and resident in the firm's Washington, D.C. office, hereby appears as counsel on behalf of defendant Olga Dufour in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

                Kevin J. Shortill
                COVINGTON & BURLING LLP
                1201 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004-2401
                Tel.: (202) 662-6000
                Fax: (202) 662-6291
                Email: kshortill@cov.com

Dated: Washington, D.C.
September 13, 2010

        COVINGTON & BURLING LLP

        By:   s/Kevin J. Shortill
              Kevin J. Shortill
        1201 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004-2401
        Tel.: (202) 662-6000
        Fax: (202) 662-6291
        Email: kshortill@cov.com

*Attorneys for Defendant Olga Dufour*