UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD MARCUS,

      Plaintiff,  : 10-cv-01716 (ADS) (AKT)

  - against -  : **NOTICE OF APPEARANCE**

OLGA DUFOUR, LAWRENCE HAAKER
DAVID HAAKER, SUZANNE PERLOTH,
and LISA GOLDBERG,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  PLEASE TAKE NOTICE that Damara L. Chambers, an attorney duly admitted *pro hac vice* in this action, and an associate employed by Covington & Burling LLP resident in the firm's Washington, D.C. office, hereby appears as counsel on behalf of defendant Olga Dufour in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

    Damara L. Chambers
    COVINGTON & BURLING LLP
    1201 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2401
    Tel.: (202) 662-6000
    Fax: (202) 662-6291
    Email: dchambers@cov.com

Dated: Washington, D.C.
       September 13, 2010

COVINGTON & BURLING LLP

By: <u>s/Damara L. Chambers</u>
    Damara L. Chambers
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel.: (202) 662-6000
Fax: (202) 662-6291
Email: dchambers@cov.com

*Attorneys for Defendant Olga Dufour*