# BRODEGAARD & SIMONE LLC

ATTORNEYS AND COUNSELORS

ROBERT F. BRODEGAARD, ESQ.

EMAIL: rfb@brodegaardlaw.com
SKYPE: robert.f.brodegaard

110 EAST 59TH STREET
23RD FLOOR
NEW YORK, NEW YORK 10022
(212) 813-0620
FAX (646) 355-1920
www.brodegaardlaw.com

September 28, 2010

**Via ECF and Federal Express**

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722-9014

      Re:    *Richard Marcus v. Olga Defour, et al.*, No. 10-cv-01716

Dear Judge Spatt:

      We represent Defendants Lawrence Haaker, David Haaker, Suzanne Perloth and Lisa Goldberg (the "Haaker Defendants") in this interpleader action. We write, pursuant to Section I(F) of your Individual Motion Practices, to request an extension on time for Defendants to respond to the complaint from September 30, 2010 to October 27, 2010. Furthermore, we request that the court extend the deadline for Defendant Olga Dufour to respond to the complaint from September 30, 2010 to October 27, 2010. We have consulted with plaintiff's counsel, who has consented to this request for all defendants. We have not made any previous requests to Your Honor for such an extension.

                              Respectfully submitted,

                                Robert F. Brodegaard

cc:    George A. Xixis, Esq. (by ECF and email)
        Christopher H. Lindstrom, Esq. (by ECF and email)
        Eric P. Magnuson (by email)
        *Counsel to Plaintiff Richard Marcus*

        Jason P. Criss, Esq. (by email)
        Damara Chambers, Esq. (by email)
        *Counsel to Defendant Olga Defour*