## COVINGTON & BURLING LLP

| | | |
|---|---|---|
| THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018-1405<br>TEL 212.841.1000<br>FAX 212.841.1010<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON | JASON P. CRISS<br>TEL 212.841.1076<br>FAX 646.441.9076<br>JCRISS @ COV.COM |

September 29, 2010

*BY ECF AND FIRST CLASS MAIL*

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722-9014

Re:   *Richard Marcus v. Olga Dufour, et al.*, No. 10-cv-01716 (ADS)(AKT)

Dear Judge Spatt:

We represent Olga Dufour, one of the defendants in this interpleader action. We write simply to make a point of clarification with respect to the recent request filed by the other defendants in this action for an extension of time to respond to the interpleader complaint. We want to clarify that Ms. Dufour is prepared to respond to the interpleader complaint in accordance with the current schedule, but in the event that you grant an extension to the other defendants, Ms. Dufour requests that any extension should apply to all defendants in order to avoid prejudice to any defendant in this interpleader action.

Respectfully submitted,

Jason P Criss / Taylor M. Hoffm.

Jason P. Criss

COVINGTON & BURLING LLP

Honorable Arthur D. Spatt
September 29, 2010
Page 2


cc:	George A. Xixis, Esq. (by ECF and email)
	Christopher H. Lindstrom, Esq. (by email)
	Eric P. Magnuson, Esq. (by email)

	*Counsel to Plaintiff Richard Marcus*