**Defendant Olga Dufour's Answer and Claim in Interpleader Exhibit A**

# LAST WILL AND TESTAMENT OF

## AMY FURMANSKY

I, AMY FURMANSKY residing and domiciled at 25 Franklin Boulevard, Long Beach, New York, being of sound mind and disposing memory and intending to dispose of all property belonging to me at the time of my death, of whatsoever kind, nature and description, and wheresoever situate, do hereby make publish and declare this to be my Last Will and Testament, in the manner and form following:

FIRST:   I hereby revoke any and all prior wills and codicils as well as any and all other instruments of a testamentary nature made by me at any time heretofore.

SECOND:   In the event that any person named, mentioned or referred to in, or entitled to take or receive any portion of my estate under this, my Last Will and Testament, shall have died with or under such circumstances which shall make it difficult to determine which of us shall have died first, then and in any of such events, I direct that there shall be no presumption of survivorship as between us, but such person shall, for all intents and purposes, be deemed to have predeceased me, and this, my Last Will and Testament, shall be construed, and my estate administered and distributed upon that assumption, notwithstanding the provisions of any law establishing a different presumption or order of death, or providing for survivorship for a fixed period as a condition of inheritance of property.

THIRD:   I direct that my funeral expenses and just debts be paid as quickly as possible.

FOURTH:   I give, devise and bequeath the remainder of my estate to my loving daughter, Olga Dufour, and to her issue thereafter, per stirpes.

FIFTH:   If any of my estate, principal or income shall vest in absolute ownership in any one less than 21 years of age, my executrix shall have the authority, in my executrix's discretion,

*A. F.*

and without court authorization to:

A. Hold and manage the property and defer payment or distribution of all or part of the property to that minor until that minor reaches the age of 21 years. My Executor in administering this property, shall have the authority granted to fiduciaries under New York Estate Powers and Trust Law.

B. Select a custodian for the minor under the Uniform Gifts to Minors Act of the jurisdiction where the minor resides without court order. My Executor may select any fiduciary named in this Will as such custodian without conflict of interest.

C. Apply part or all of the minor's property for the minor's health, education, maintenance, support or welfare. My Executor shall account in the same manner as trustees and shall not be required to render or file an annual accounting with respect to the properties so held and administered to the minor.

SIXTH: I hereby nominate, constitute and appoint my daughter, Olga Dufour to be Executrix of this my Last Will and Testament.

A. In the event that either Olga Dufour shall have predeceased me, or does not qualify, or fails or refuses, or is unwilling or unable to serve, or resigns, or is disqualified from serving, then in any such events, I hereby nominate and appoint Karen Harding as the substitute Executrix of this my Last Will and Testament.

SEVENTH: I hereby direct that my Executrix or Substitute Executrix or either of them, appointed herein, shall not be required to furnish any bond or other security whatsoever, in any capacity whatsoever, either in the state where this, my Last Will and Testament, is probated, or in any other state, territory or possession in, or of the United States, or any country wherein ancillary

*A. F.*

letters may be, or are, issued.

EIGHTH: I confer upon my Executrix and upon any trustee serving under this Will all powers granted to fiduciaries under the laws of the State of New York, and particularly under the statutory provisions contained in Estates, Powers and Trust Law, Section 11-1.1, whether my Estate is administered in the State of New York or elsewhere.

NINTH: I direct that my Executrix, Substitute Executrix, Trustee or Substitute trustee are not to receive any fees or commissions for acting as such.

TENTH: I direct that all Estate, inheritance, transfer, legacy or succession taxes, or death duties, State and/or Federal, which may be assessed or imposed with respect to my Estate, or any part thereof, wheresoever situate, whether or not passing under this will, including the taxable value of all policies or insurance on my life, and of all transfers, powers rights of interest includible in my residuary estate for the purposes of such.

ELEVENTH: Nothing contained in this will shall be deemed to affect in any way any joint holdings or totten trusts which I may have created during my lifetime and exist at the time of my death.

TWELFTH: It is my specific request and direction that this my Last Will and Testament, and all of the provisions thereof, shall be construed in accordance with the Laws of the State of New York then prevailing regardless of the place where this, my Last Will and Testament is probated, or the situs of any property passing under this my Last Will and Testament.

A.F.

IN WITNESS WHEREOF, I have hereunto set my hand and seal and identify each of the proceeding three (3) pages of this, my Last Will and Testament, by signing my name, at the end of this, my Last Will and Testament, this 25 day of May, 2000.

*Amy Furmansky*
AMY FURMANSKY (L.S.)

The above instrument, consisting of four (4) pages, including this page, on which the undersigned have subscribed their names as witnesses, was, on the date thereof, executed by AMY FURMANSKY the Testatrix named in the foregoing Last Will and Testament, in the presence of us, and each of us, and at the time of making such subscription, the above instrument was declared by the above Testatrix to be his Last Will and Testament, and each of us, at the request of the said Testatrix, and in her presence, and in the presence of each other, have hereunto signed our names as witnesses of the said Last Will and Testament, this 25 day of May, 2000.

_____ residing at 565 E. Bay Drive
Long Beach, NY 11561

_____ residing at ___ Pacific Blvd
Long Beach, N.Y. 11561

STATE OF NEW YORK
COUNTY OF NASSAU

Each of the undersigned, being duly and severally sworn, deposes and says:

The within Last Will and Testament, dated the 25 day of May, 2000 was signed by the within named Testatrix, in the presence of the undersigned, on the 25 day of May, 2000, at the office of Schaeffer & Zapson, LLP.

Said Testatrix, at the time of making such subscription, declared said instrument so subscribed by him to be his Last Will and Testament, dated the 25 day of May, 2000, and could read and write the English language and was not blind.

Each of the undersigned was acquainted with said Testatrix at such time and thereupon signed his or her name as witnesses at the end of said Last Will and Testament at the request of said Testatrix and in his presence and in the presence of each other and also make this affidavit at said Testatrix's request.

Said Testatrix was, at the time of so executing said Last Will and Testament, over the age of twenty-one (21) years and, in the respective opinions of the undersigned, based on personal observation, of sound mind, memory and understanding and not under any restraint or in any respect incompetent to make a Last Will and Testament.

The within Last Will and Testament was shown to the undersigned at the time when this affidavit was made and was examined by each of them as to the signature of the said Testatrix and of each of the undersigned.

MICHAEL G. ZAPSON, of the law firm of SCHAEFFER & ZAPSON, LLP an attorney-at-law, duly admitted to practice in the State of New York supervised the execution of the aforesaid Last Will and Testament in accordance with the statutory requirements of the Estate, Power and Trusts Laws of the State of New York.

COUNTY OF NASSAU
                              ss:
STATE OF NEW YORK

On the 25 day of May in the year 2000, before me, the undersigned, a notary public in and for said state, personally appeared Scott Nigro and Samuel Zapson, the subscribing witnesses to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that they reside at the addresses set forth in the Will; that they know to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw him execute the same; and that said witness at the same time subscribed their names as witnesses thereto.

_____
Notary Public

MICHAEL ZAPSON
Notary Public, State of New York
No. 30-4857539
Qualified in Nassau County
Commission Expires March 31, 2002

6F:\S&Z Docs\DOCS\MIKE\wills\furmanskuya.lwt.doc

Control# 1477
File Name: Amy Furmansky
File# 333269

## Certification of Copy of Document Filed with the Court

### SURROGATE'S COURT OF THE STATE OF NEW YORK
### NASSAU COUNTY

I, Michael P Ryan, Chief Clerk, of the Nassau County Surrogate's Court, a Court of Record, in the Unified Court System of the State of New York, hereby certify that the copy of the following document:

**LAST WILL AND TESTAMENT OF AMY FURMANSKY DATED MAY 25, 2000 AND DECREE GRANTING PROBATE DATED NOVEMBER 15, 2005.**

is a true copy of the original document filed with or recorded in this Court and is a part of the case record maintained by the Court, the same being either a:

(1) photographic reproduction of the original document reproduced on an office copier,
(2) printed copy of the electronically scanned document stored in the court's computer system, or
(3) printed reproduction of original document photocopied on microfilm.

In addition, I certify that the attached document is a correct transcript of the entire contents of the original document that was so filed or recorded.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Nassau Surrogate's Court on July 12, 2010.

_____
Michael P Ryan, Chief Clerk

(Facsimile signature may be used pursuant to Section 2609 of the Surrogate's Court Procedure Act)