**Defendant Olga Dufour's Answer and Claim in Interpleader Exhibit B**

At a Surrogate's Court of the State of New York held
in and for the County of Nassau at 262 Old Country
Road, Mineola, New York, on the  *15ᵗʰ*
day of  *November* , 2005.

PRESENT:

        HON. JOHN B. RIORDAN,

                                Surrogate

---

PROBATE PROCEEDING, WILL OF

**AMY FURMANSKY,**

                             Deceased.

**DECREE GRANTING
PROBATE**

File No.  333269

A Petition having been presented by OLGA DUFOUR, duly verified on June 16, 2004,

and said Petition having been duly filed in this Court, praying that an instrument in writing

bearing date the 25th day of May, 2000, purporting to be the last Will of AMY FURMANSKY,

deceased, lately domiciled at 25 Franklin Boulevard, Long Beach, County of Nassau, State of

New York, be duly admitted to probate as the last Will of the said AMY FURMANSKY, and

that a Citation issued to the persons entitled thereto citing them to show cause why a decree

should not be made, and a Citation having been duly issued to all of the persons necessary to be

cited requiring them to show cause before this Court why such decree should not be made, and

said Citation having been duly served and proof thereof having been filed with this Court, and

DAVID HAAKER, LAWRENCE HAAKER, SUZANNE PERLROTH and LISA GOLDBERG

(collectively "Objectants"), having duly appeared herein by Markowitz & Rabbach LLP, and

Markowitz & Rabbach LLP having served and filed Objections to Probate of the said written

instrument on behalf of the Objectants, and each Objectant having executed a Waiver Of Process

and Consent To Probate wherein each Objectant withdrew any Objections previously filed in this

matter with prejudice, consented to the release of the surety bond filed in this matter, consented to the admission of the propounded instrument to Probate, consented to the issuance of letters testamentary to OLGA DUFOUR and consented to OLGA DUFOUR serving without bond, and each Waiver of Process and Consent to Probate having been filed with this Court,

NOW, ON MOTION OF Fleischman & Bekerman, LLP, attorney for the Petitioner herein, it is

ORDERED, ADJUDGED, AND DECREED that the Objections to probate are hereby dismissed with prejudice, and it is further

ORDERED, ADJUDGED, AND DECREED that the written instrument herein propounded as the last Will of AMY FURMANSKY, deceased, lately domiciled at 25 Franklin Boulevard, Long Beach, County of Nassau, State of New York, was duly executed and published and that the said testatrix at the time of executing it was in all respects competent to make a Will and not under restraint, and it is further

ORDERED, ADJUDGED, AND DECREED that said written instrument be and the same hereby is admitted to probate as the last Will of the said AMY FURMANSKY, deceased, valid to pass real and personal property, and it is further

ORDERED, ADJUDGED, AND DECREED that said Will together with this decree be recorded and that Letters Testamentary issue to OLGA DUFOUR named therein as executor, who may qualify thereunder, and it is further

ORDERED, ADJUDGED, AND DECREED that the surety bond in the amount of $900,000 previously filed by OLGA DUFOUR as Preliminary Executor be and the same hereby is released, and it is further

ORDERED, ADJUDGED, AND DECREED that the Preliminary Letters Testamentary previously issued to OLGA DUFOUR be revoked.

SURROGATE

Control#  1477
File Name: Amy Furmansky
File# 333269

**Certification of Copy of Document Filed with the Court**

**SURROGATE'S COURT OF THE STATE OF NEW YORK
NASSAU COUNTY**

I, Michael P Ryan , Chief Clerk, of the Nassau County Surrogate's Court, a Court of Record, in the Unified Court System of the State of New York, hereby certify that the copy of the following document:

**LAST WILL AND TESTAMENT OF AMY FURMANSKY DATED MAY 25, 2000 AND DECREE GRANTING PROBATE DATED NOVEMBER 15, 2005.**

is a true copy of the original document filed with or recorded in this Court and is a part of the case record maintained by the Court, the same being either a:

(1) photographic reproduction of the original document reproduced on an office copier,
(2) printed copy of the electronically scanned document stored in the court's computer system, or
(3) printed reproduction of original document photocopied on microfilm.

In addition, I certify that the attached document is a correct transcript of the entire contents of the original document that was so filed or recorded.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Nassau Surrogate's Court on July 12, 2010.

*Michael P. Ryan*

_____
Michael P Ryan , Chief Clerk

(Facsimile signature may be used pursuant to Section 2609 of the Surrogate's Court Procedure Act)