```
&&RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC005281
Cashier ID: jmajor
Transaction Date: 01/14/2011
Payer Name: Richard D Marcus
----------------------------------
TREASURY REGISTRY
 For: Richard D Marcus
 Case/Party: D-NYE-1-10-CV-001716-000
 Amount:        $228,349.28
----------------------------------
CHECK
 Check/Money Order Num: 469195
 Amt Tendered:  $228,349.28
----------------------------------
Total Due:     $228,349.28
Total Tendered: $228,349.28
Change Amt:      $0.00
```

JAN-14-2011  17:12        JUDGE SPATT                                    P.01/02

Case 2:10-cv-01716-ADS -AKT  Document 52  Filed 01/14/11  Page 2 of 3
Case 2:10-cv-01716-ADS -AKT  Document 51  Filed 01/07/11  Page 1 of 2
Case 2:10-cv-01716-ADS -AKT  Document 25  Filed 11/01/10  Page 1 of 2

$D/F$

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICHARD MARCUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | No. 10-1716-ADS-AKT |
| OLGA DUFOUR, LAWRENCE HAAKER, | ) | |
| DAVID HAAKER, SUZANNE PERLOTH, and | ) | |
| LISA GOLDBERG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ASSENTED-TO MOTION FOR LEAVE TO DEPOSIT INTERPLEADER STAKE

Pursuant to 28 U.S.C. § 1335, plaintiff Richard Marcus hereby moves for leave to deposit

in the Registry of the Court $228,349.28, which is the amount of the Stake in this statutory

interpleader action, pending resolution of all claims to the Stake. All of defendants/claimants

have assented to this motion.

Marcus files herewith a supporting memorandum.

The Court has reviewed the
plaintiff's memorandum of law
in support of his motion for
leave to deposit interpleader
stake. As all parties have
consented to this motion, the
Court grants the motion for
substantially the reasons set
forth in the plaintiff's
memorandum of law. So Ordered.

/
/       *[signature]* 7, 2011
Dated: November 1, 2010
/

_____
U.S.D.J. Arthur D. Spatt

RICHARD MARCUS,

By his attorneys,

/s/ George A. Xixis
George A. Xixis (GX2122)
gxixis@nutter.com
Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Fax: (617) 310-9746

JAN-14-2011 17:12 JUDGE SPATT P.02/02
Case 2:10-cv-01716-ADS -AKT Document 52 Filed 01/14/11 Page 3 of 3
Case 2:10-cv-01716-ADS -AKT Document 51 Filed 01/07/11 Page 2 of 2
Case 2:10-cv-01716-ADS -AKT Document 25 Filed 11/01/10 Page 2 of 2

## CERTIFICATE OF SERVICE

I certify that this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2010.

/s/ George A. Xixis
George A. Xixis

1915760.1

The Court hereby amends the above Order to respectfully direct the Clerk of the Court to place the Interpleader stake into an interest bearing account. So Ordered.

U.S.D.J. Arthur D. Spatt
1/14/11

- 2 -