UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RICHARD MARCUS, | No. 10-cv-01716 (ADS)(AKT) |
| Plaintiff, | **DEFENDANT OLGA DUFOUR'S** |
| v. | **NOTICE OF MOTION FOR JUDGMENT ON THE** |
| OLGA DUFOUR, LAWRENCE HAAKER, DAVID HAAKER, SUZANNE PERLOTH, and LISA GOLDBERG, | **PLEADINGS OR, IN THE ALTERNATIVE, TO DISMISS CROSS-CLAIM** |
| Defendants. | ECF Case |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Olga Dufour's Motion for Judgment on the Pleadings or, in the Alternative, to Dismiss the Haaker Defendants' Cross-Claim, the accompanying Request for Judicial Notice and the exhibits attached thereto, the accompanying Declaration of Joanne Sum-Ping and the exhibits attached thereto, and all prior pleadings and proceedings herein, Defendant Olga Dufour, by and through her undersigned attorneys, will move this Court, before the Honorable Arthur D. Spatt, United States District Judge, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on such date as the Court will determine, for an Order, pursuant to Federal Rule of Civil Procedure 12(c), granting Ms. Dufour judgment on the pleadings with respect to the Complaint for Interpleader filed by Plaintiff Richard Marcus and awarding to Ms. Dufour all of the interpleaded funds or, in the alternative, half of the interpleaded funds, or in the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the cross-claim of Defendants Lawrence Haaker, David Haaker, Suzanne Perloth, and

Lisa Goldberg with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
March 16, 2011

        COVINGTON & BURLING LLP

        By: /s/ Joanne Sum-Ping
            Joanne Sum-Ping

            Jason P. Criss
            The New York Times Building
            620 Eighth Avenue
            New York, NY  10018-1405
            (212) 841-1000
            jsumping@cov.com

            Stuart E. Eizenstat*
            Kevin J. Shortill*
            Damara L. Chambers*
            COVINGTON & BURLING LLP
            1201 Pennsylvania Ave., N.W.
            Washington, D.C.  20004
            (202) 662-6000

            *Attorneys for Defendant Olga Dufour*

            *\*Admitted pro hac vice*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD MARCUS,

                Plaintiff,

           v.                      No. 10-cv-01716 (ADS)(AKT)

OLGA DUFOUR, LAWRENCE HAAKER, DAVID HAAKER, SUZANNE PERLOTH, and LISA GOLDBERG,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 16th day of March, 2011. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                                                    By: /s/ Joanne Sum-Ping
                                                        Joanne Sum-Ping

                                                         The New York Times Building
                                                         620 Eighth Avenue
                                                         New York, NY  10018-1405
                                                         (212) 841-1000
                                                         jsumping@cov.com

To:  Counsel of Record

George A. Xixis
Christopher H. Lindstrom
Nutter, McClennen & Fish, LLP
Seaport West

155 Seaport Boulevard
Boston, MA 02210
(617) 439-2746
*Attorneys for Plaintiff Richard Marcus*

Robert F. Brodegaard
Emilie Simone
Brodegaard & Simone LLC
110 East 59th Street
23rd Floor
New York, New York  10022
(212) 813-0620
*Attorneys for Defendants Lawrence Haaker, David Haaker*
        *Suzanne Perloth, and Lisa Goldberg*