UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD MARCUS,

                  Plaintiff,

         v.

OLGA DUFOUR, LAWRENCE HAAKER, DAVID
HAAKER, SUZANNE PERLOTH, and LISA
GOLDBERG,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

No. 10-cv-01716 (ADS)(AKT)

**DECLARATION OF
JOANNE SUM-PING**

ECF Case

JOANNE SUM-PING declares pursuant to 28 U.S.C. § 1746:

    1.    I am an attorney duly admitted to practice in this Court.  I am an associate at the law firm of Covington & Burling LLP, counsel in this action to Defendant Olga Dufour.  I submit this declaration to place before the Court true and correct copies of documents in support of Ms. Dufour's motion pursuant to Federal Rules of Civil Procedure 12(c) and 12(b)(6) for judgment on the pleadings or, in the alternative, to dismiss Defendants Lawrence Haaker, David Haaker, Suzanne Perloth, and Lisa Goldberg's (the "Haaker Defendants") cross-claim.  This declaration is based on my personal knowledge and on my examination of documents in the possession of my law firm.

    2.    Attached as Exhibit 1 is a true and correct copy of Plaintiff Richard Marcus's Complaint for Statutory Interpleader in the above-captioned action.

3. Attached as Exhibit 2 is a true and correct copy of the Haaker Defendants' Corrected Amended Answer and Amended Cross-Claim in the above-captioned action.

4. Attached as Exhibit 3 is a true and correct copy of Defendant Olga Dufour's Answer and Claim in Interpleader in the above-captioned action.

5. Attached as Exhibit 4 is a true and correct copy of the Haaker Defendants' Response to Cross-Claims in the above-captioned action.

6. Attached as Exhibit 5 is a true and correct copy of a Stipulation signed by all parties in the above-captioned action and so-ordered by the Court on March 3, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of March, 2011, at New York, New York.

By: /s/ Joanne Sum-Ping
Joanne Sum-Ping

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICHARD MARCUS,

                Plaintiff,

                v.                No. 10-cv-01716 (ADS)(AKT)

OLGA DUFOUR, LAWRENCE HAAKER, DAVID
HAAKER, SUZANNE PERLOTH, and LISA
GOLDBERG,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 16th day of March, 2011.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                                              By: s/ Joanne Sum-Ping
                                                  Joanne Sum-Ping

                                              Covington & Burling LLP
                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, NY 10018-1405
                                              (212) 841-1000
                                              jsumping@cov.com

To:  Counsel of Record

George A. Xixis
Christopher H. Lindstrom
Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2746
*Attorneys for Plaintiff Richard Marcus*

Robert F. Brodegaard
Emilie Simone
Brodegaard & Simone LLC
110 East 59th Street
23rd Floor
New York, New York  10022
(212) 813-0620
*Attorneys for Defendants Lawrence Haaker, David Haaker
         Suzanne Perloth, and Lisa Goldberg*