# BRODEGAARD & SIMONE LLC

ATTORNEYS AND COUNSELORS

EMILIE SIMONE, ESQ.

EMAIL: acs@brodegaardlaw.com

110 EAST 59TH STREET
23RD FLOOR
NEW YORK, NEW YORK 10022
(212) 813-0620
FAX (646) 355-1920
www.brodegaardlaw.com

May 2, 2011

**Via ECF**

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Re: *Richard Marcus v. Olga Dufour, et al.*, No. 10-cv-01716 (ADS)(AKT)

Dear Judge Tomlinson:

We represent Defendants Lawrence Haaker, David Haaker, Suzanne Perloth and Lisa Goldberg (the "Haaker Defendants") in this interpleader action. We request an extension of time to file motions to compel discovery from the original date May 6, 2011 until May 20, 2011 as the parties are still conferring regarding discovery disputes. We have consulted with counsel for all parties, who have consented to this request. We have not made any previous requests to Your Honor for such an extension.

Respectfully submitted,

Emilie Simone

cc: Christopher H. Lindstrom, Esq. (via email)
George A. Xixis, Esq. (via email)
*Counsel to Plaintiff Richard Marcus*

Jason P. Criss, Esq. (via email)
Joanne Sum-Ping Esq. (via email)
*Counsel to Defendant Olga Dufour*