# TELEPHONE CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: SPATT        DATE: 8/1/11     TIME: 9:30 (15 mins)
DOCKET NUMBER: CV-10-1716

TITLE: MARCUS v. DUFOUR, et al.

COURT DEPUTY: MARY ELLEN SCHAFFNER

APPEARANCES: FOR PLAINTIFF: Christopher H. Lindstrom, Esq.
                            George A. Xixis, Esq.

             FOR DEFENDANT: Stuart E. Eizenstat, Esq.
                            Steve Robertson, Esq.
                            Robert F. Brodegaard, Esq.
             C/R Harry Rapaport

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y — AUG 1 2011 — LONG ISLAND OFFICE

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ TELEPHONE CONFERENCE HELD

___ CASE MARKED READY FOR TRIAL

___ FURTHER STATUS CONFERENCE SCHEDULED FOR

✓ OTHER Re: 7/6 decision

No dispute w/ what Mr. Lindstrom is requesting except Mr. Brodegaard is given until 8/8 to send a letter to the Court as to his clients objections or consent, or the Court will entertain a final Jgmt if no letter is received by 8/8. Counsel for pltff to submit Jgmt on NTC.