UNITED STATES DISRICT COURT
EASTERN DISTRICT OF NEW YORK

RICHARD MARCUS,

           Plaintiff,

    v.

OLGA DUFOUR, LAWRENCE HAAKER,
DAVID HAAKER, SUZANNE PERLOTH
and LISA GOLDBERG,

           Defendants.

No.: 10-cv-1716 (ADS)(AKT)

**NOTICE OF CHANGE
OF FIRM NAME**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Robert F. Brodegaard, counsel for Defendants Lawrence Haaker, David Haaker, Suzanne Perloth and Lisa Goldberg, formerly known as Brodegaard & Simone LLC, has changed its name to Brodegaard & Associates LLC. Please update your records accordingly.

Dated: New York, New York
       August 30, 2011

                                    BRODEGAARD & ASSOCIATES LLC

                                    By: /s/ Robert F. Brodegaard
                                          Robert F. Brodegaard (RB 7093)
                                          110 East 59th Street, 23rd Floor
                                          New York, New York 10022
                                          Tel: (212) 813-0620
                                          Fax: (646) 355-1920
                                          Email: rfb@brodegaardlaw.com

                                          *Attorneys for Defendants Lawrence Haaker,*
                                          *David Haaker, Suzanne Perloth and*
                                          *Lisa Goldberg*